# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LISA JOHNSON, individually, and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>                Defendant. | Case No. 1:24-cv-03208<br><br>Honorable Thomas M. Durkin<br><br>Magistrate Judge M. David Weisman |

**CORPORATE DISCLOSURE STATEMENT AND
LOCAL RULE 3.2. NOTIFICATION AS TO AFFILIATES**

      Under Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, undersigned counsel for Defendant Amazon.com Services LLC discloses the following:

      1.     Amazon.com Services LLC has only one member, which is Amazon.com Sales, Inc. Amazon.com Sales, Inc. is a wholly owned subsidiary of Amazon.com, Inc.

      2.     Amazon.com, Inc. is a publicly traded company (NASDAQ: AMZN) with no parent corporation. Based on Schedule 13G filings with the U.S. Securities and Exchange Commission, The Vanguard Group, Inc., BlackRock Inc., and Jeffrey P. Bezos each owns 5 percent or more of Amazon.com, Inc.'s stock.

Dated: May 3, 2024

                                                    Respectfully Submitted,

                                               /s/ Erin K. Earl

Ryan Spear
Erin K. Earl
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Fax: 206.359.9000
Email: RSpear@perkinscoie.com
Email: EEarl@perkinscoie.com

Kathleen A. Stetsko
Daniel T. Burley
**PERKINS COIE LLP**
110 N Upper Wacker, Suite 3400
Chicago, IL 60606
Telephone: 312.324.8400
Fax: 312.324.9400
Email: KStetsko@perkinscoie.com
Email: DBurley@perkinscoie.com

Attorneys for Amazon.com Services LLC