# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lisa Johnson

                             Plaintiff,

v.                                        Case No.: 1:24–cv–03208
                                               Honorable Thomas M. Durkin

Amazon.com Services, LLC

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 3, 2024:

        MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion for extension of time to respond to plaintiff's complaint [4] is granted. Defendant is to answer or otherwise respond to plaintiff's complaint by 6/27/2024. The 7/1/2024 joint status report deadline is extended to 7/11/2024. Mailed notice. (evw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.