# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Lisa Johnson | ) Case No. 24-cv-03208 |
|     Plaintiff, | ) |
| vs. | ) |
| | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| Amazon.com Services, LLC | ) |
|     Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Now comes Plaintiff, Lisa Johnson, by and through Counsel, and notifies the Court and Defendant of the dismissal of this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: June 24, 2024

Respectfully submitted,

**FRADIN LAW**

s/ *Michael L. Fradin*
Michael L. Fradin, Esq.
8 N. Court St. Suite 403
Athens, Ohio 45701
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024 a true and complete copy of the forgoing was served upon all necessary parties through the Court's Electronic Filing system.

/s/ *Michael L. Fradin*