## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lisa Johnson
                    Plaintiff,

v.                                                         Case No.: 1:24−cv−03208
                                                                       Honorable Thomas M. Durkin

Amazon.com Services, LLC
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 25, 2024:

      MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to the notice of voluntary dismissal, this action is dismissed without prejudice. All pending dates before this court are stricken. Civil case terminated. Mailed notice. (smb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.